Charles D. Caraway, Esq., SBN 289360
**GOYETTE & ASSOCIATES, INC.**
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: charles@goyette-assoc.com

Attorneys for Plaintiffs STEVE HAMMONDS and ANGELA HAMMONDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE HAMMONDS and ANGELA HAMMONDS,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION and DOES 1-100,<br><br>Defendants. | Case No. : 2:15-CV-02501-JAM-EFB<br><br>STIPULATION TO FILE FIRST AMENDED COMPLAINT AND ORDER |

On or about October 23, 2015, Plaintiffs filed a Complaint in the Sacramento County Superior Court, which was removed to the United States District Court, Eastern District.

On or about December 7, 2015, Defendant TARGET CORPORATION filed a motion to dismiss and strike portions of Plaintiff's Complaint, which motion was denied by the Court.

On or about December 30, 2015, Defendant TARGET CORPORATION requested that Plaintiffs Amend their Complaint to avoid necessitating the re-filing of its motion to dismiss and/or strike.

Parties met and conferred regarding the amended complaint. Attached hereto as Exhibit "A" is the agreed upon First Amended Complaint.

The parties hereby stipulate for Plaintiffs to file a First Amended Complaint eliminating the claims for assault and battery, and for punitive damages.


**IT IS SO STIPULATED**

Dated: February__, 2016      GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation

By: _____/s/_____
CHARLES D. CARAWAY
Attorney for Plaintiffs
STEVE HAMMONDS and
ANGELA HAMMONDS

Dated: February ____, 2016      RIGGIO MORDAUNT & KELLY

By: _____/s/_____
LORI A. REIHL
Attorney for Defendant
TARGET CORPORATION

**ORDER GRANTING STIPULATION TO FILE
FIRST AMENDED COMPLAINT**

Having reviewed the Stipulation to File First Amended Complaint filed by the parties herein, IT IS HEREBY GRANTED.

Dated: 2/11/2016      /s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN DISTRICT

