Charles D. Caraway, Esq., SBN 289360
**GOYETTE & ASSOCIATES, INC.**
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: charles@goyette-assoc.com

Attorneys for Plaintiffs STEVE HAMMONDS and ANGELA HAMMONDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE HAMMONDS and ANGELA HAMMONDS,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION and DOES 1-100,<br><br>Defendants. | Case No. : 2:15-CV-02501-JAM-EFB<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED**

Pursuant to Stipulation by the parties, the above-captioned matter is hereby dismissed with prejudice pursuant to FRCP41(a)(1).  Further, all related hearing and trial dates are hereby vacated.

Date:__October 11, 2016_____          ___/s/ John A. Mendez_____

                                                       UNITED STATES DISTRICT
                                                       JUDGE JOHN A. MENDEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
ORDER OF DISMISSAL